# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO NUNEZ, | NO. CV 12-876-GHK (AGR) |
|     Petitioner, | |
| v. | JUDGMENT |
| L.S. McEWEN, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 9/29/14

                                       GEORGE H. KING  
                                Chief United States District Judge